# EXHIBIT FIVE

## Chronos - Summary

Vitaly Borker (404071)

**Chrono Summary**

| | | |
|---|---|---|
| PTS / PROB: | **Probation** | Chrono 05/18/2016 at Date: 00:01 |
| Chrono Author: | **Carter, Gregory** | |

Contact Code(s):
**PO -** P-offender office
**D -** Documents
**UA -** Urine sample taken

Flags:

Chrono Text:
OC with subject who reported as directed. The subject previously submitted MSR for April 2016 via ERS Reporting by Internet, reflecting law enforcement contact. The subject claimed that he was stopped by the NYPD for using his cell phone while driving. The subject reported that he was given a warning and not issued a summons The subject also submitted copy of money order dated 5/17/16 in the amount of $100.00 as proof of restitution payment. Inquired about his current employment status. The subject reported that he continues to be employed at Valentina Accessories in Brooklyn. The subject also reported that he has been assisting Mr. Michael Voller with the selling of his inventory of sunglasses on Mr. Voller's website, Optic Fast. The subject claimed that, while he mostly performs data entry, he also reported to have some customer contact. The subject insisted that he has been professional in his limited interactions with customers. Regarding his treatment at BBTL, the subject reported compliance with same. The subject informed the undersigned that the therapist has recommended that his treatment sessions be reduced from weekly to every other week but reportedly the administration at BBTL did not agree with the recommendation. Informed the subject that the undersigned will attempt to schedule a three-way conference at BBTL to discuss treatment and goals. The subject inquired as to whether he would be permitted to go on a cruise with his son during the summer. Informed the subject that the undersigned would need to know the possible ports of call as some countries do not allow individuals on supervision to travel to their countries or require advance notice and/or approval. As an alternative, the subject stated that he will then look into remaining in the US and taking a cruise to Disney. The subject reported no other relevant developments since last contact. Urine specimen collected on this date. Instructed the subject to report to the Probation Department on 6/22/16.

## Chronos - Summary

Vitaly Borker (404071)

### Chrono   Summary

| | | |
|---|---|---|
| PTS / PROB: | **Probation** | Chrono **10/24/2016** at Date: 10:15 |
| Chrono Author: | **Goodman-Davis, Benjamin** | |

Contact Code(s):
PH -          P-offender-home

Flags:

Chrono Text:
HC conducted this date with SUSPO DS. Offender was home and provided a tour. The offender led officers upstairs to his office, where he had a large inventory of designer sunglasses. He stated that they are real sunglasses and named various designer brands. This officer asked if he has any contact with customers, and he stated that his business partner deals exclusively with the customers, while he simply handles the "back end" of the business, such as getting their merchandise onto websites for sale. He stated that the merchandise was underwater during Hurricane Sandy, and had previously shown officers his basement and the sunglass cases that were on the floor and in poor condition. He stated that he refurbished the glasses and got them into a condition in which they could be sold. With respect to his other job, he stated that a friend did him a favor by giving him the job while he was in the RRC, and that he handles some internet stuff for them. He said the job is very flexible but he usually goes in around 1100.