# DOMINIC F. AMOROSA

ATTORNEY-AT-LAW
244 FIFTH AVENUE, SUITE A246
NEW YORK, NEW YORK 10001

212 406 7000

Email: lawoffices@dfamorosa.com

July 18, 2018

Hon. Paul G. Gardephe
United States District Judge
Foley Square
New York, New York 10007

Re:   **United States v. Borker**, 17 CR 391 (PGG)

Dear Judge Gardephe:

I have learned that Defendant has sent the Court a letter relating to this case.  I was not aware in advance that this was to be done.   The Government has confirmed it has received a copy of this letter, as I have. Defendant's action suggests he wishes to represent himself and I request that the Court conduct a hearing in respect to this issue.

Respectfully submitted,


_____/s/_____

Dominic F. Amorosa