# DOMINIC F. AMOROSA

ATTORNEY-AT-LAW
244 FIFTH AVENUE, SUITE A246
NEW YORK, NEW YORK 10001

212 406 7000

Email: lawoffices@dfamorosa.com

July 23, 2018

Hon. Paul G. Gardephe
United States District Judge
Foley Square
New York, New York 10007

Re:   **United States v. Borker**, 17 CR 391 (PGG)

Dear Judge Gardephe:

On July 18, 2018, I wrote to the Court requesting a hearing to determine whether the Defendant wished to represent himself in this case.  This request was based upon the Defendant's personal letter to the Court which was sent without my knowledge.

I am writing now to withdraw the request for a hearing as the Defendant has informed me that he does not with to represent himself and that he wishes me to continue to represent him.

The Defendant will be copied on this letter, and the Court can further address this matter with him when he is next in Court if the Court believes it necessary.

Respectfully submitted,


_____/s/_____

Dominic F. Amorosa