# DOMINIC F. AMOROSA

ATTORNEY AT LAW
244 FIFTH AVENUE, SUITE A246
NEW YORK, NEW YORK 10001

TEL 212-406-7000

Email: lawoffices@dfamorosa.com

October 24, 2018

Hon. Paul G. Gardephe
United States District Judge
Foley Square
New York, New York 10007

Re: **United States v. Borker, 17 CR 391 (PGG)**

Dear Judge Gardephe:

Several days ago I filed a motion for return of property.   After the motion was filed I was contacted by the Government and it has agreed to return certain property to Defendant which is currently scheduled to be picked up on next Monday.  I would therefore request that the pending motion be placed in abeyance until this property has been retuned.   I will then inform the Court whether the motion will be withdrawn.


Respectfully submitted,


_____/s_____

Dominic F. Amorosa