# DOMINIC F. AMOROSA

ATTORNEY-AT-LAW
244 FIFTH AVENUE, SUITE A246
NEW YORK, NEW YORK 10001

212 406 7000

Email: lawoffices@dfamorosa.com

November 1, 2018

Hon. Paul G. Gardephe
United States District Judge
Foley Square
New York, New York 10007

Re: **United States v. Borker, 17 CR 391 (PGG)**

Dear Judge Gardephe:

On October 19th I filed a motion for return of property seized from Defendant under search warrant. On October 31st, the Government returned to Defendant numerous items seized during the search. Given the return of these items, Defendant withdraws his motion. However, because Defendant has not had an opportunity to personally inspect the items returned, and to match the inventory of items returned with the actual items returned, as he remains in custody, he reserves the right to re-file the motion after he does such an inspection.

Respectfully submitted,

------------------/s/--------------------

Dominic F. Amorosa