UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

VITALY BORKER,
            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ~~October~~ 2, 2018
            NN

**ORDER**

17 Cr. 391 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In an October 19, 2018 letter, Defendant Borker requests that this Court order the Government to return all property seized from his home and business on May 25, 2017. (See Dkt. No. 102) In a November 1, 2018 letter, however, Borker states that the Government has returned numerous items, although Borker has not had an opportunity to inspect those items. (Dkt. No. 106) Borker seeks to withdraw his motion, while reserving the right to re-file it if the inspection reveals that the Government has not returned all of his property.

      Accordingly, Borker's motion for an order directing the Government to return his property is withdrawn without prejudice. The Clerk of the Court is directed to terminate the motion. (Dkt. No. 102)

Dated: New York, New York
       November 2, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge