# DOMINIC F. AMOROSA

**ATTORNEY-AT-LAW**
**244 FIFTH AVENUE, SUITE A246**
**NEW YORK, NEW YORK 10001**

**212 406 7000**

**Email: lawoffices@dfamorosa.com**

April 18, 2019

Hon. Paul G. Gardephe
United States District Judge
Foley Square
New York, New York 10007

Re:  **United States v. Borker, 17 CR 391 (PGG)**

Dear Judge Gardephe:

In connection with Defendant's sentencing, scheduled for April 24th, please find attached a letter written by Defendant.  This statements contained in this letter will permit Defendant to shorten his verbal statement to the Court at sentencing.

Respectfully submitted,

_____/s/_____.
Dominic F. Amorosa