UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VITALY BORKER,

Defendant.

**ORDER**

17 Cr. 391 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated on the record today, sentencing for the Defendant's violation of supervised release will proceed on **May 3, 2023, at 10:00 a.m.** Counsel and the Probation Office will submit letters by **April 28, 2023**, stating what sentence they think would be appropriate under the circumstances.

Dated: New York, New York
       February 14, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge